**William A. Romaine #126966**

*Law Office of William A. Romaine*
206 West Lacey Boulevard #309
Hanford, California 93230

Telephone: 559 582 9360
Telecopier: 559 582 9350

war@lawromaine.com

# United States District Court
# Eastern District of California

| United States of America, | Case No.: 1:14-CR-00075 LJO BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING PRE-TRIAL TRAVEL RESTRICTION |
| vs. | |
| George Dugal, | |
| Defendant. | |

The travel restriction imposed by the court upon the defendant in the pretrial release order by request of the United States of America may be modified to restrict the defendant's travel to any place within the State of California during the pendency of trial in the above-entitled matter.

It is so stipulated.

Dated: August 18, 2014

_____/s/_____
Matthew A. Parrella
Assitant United States Attorney
Northern District of California

It is so stipulated.

Dated: August 18, 2014

           _____/s/_____
           William A. Romaine, Attorney for Defendant George Dugal.

## ORDER

 Upon the stipulation of the parties as hereinbefore set forth and good cause appearing therefor, IT IS HEREBY ORDERED

 That the Order Setting Conditions of Release entered in the above-entitled court on May 7, 2014 be and hereby are modified as follows:

 Condition 7(v) is hereby modified to read:

The defendant shall obey travel restrictions to the State of California.

 in substitution for:

The defendant shall obey travel restrictions to the Eastern District of CA, if unsure of boundaries shall contact counsel.

In all other respects, the remainder of Condition 7(v) and the remainder of the Orders Setting Conditions of Release shall remain in full force and effect.

 IT IS SO ORDERED.

  Dated: **August 21, 2014**  /s/ *Barbara A. McAuliffe*

          UNITED STATES MAGISTRATE JUDGE