UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGE DUGAL, JR.,<br><br>  Defendants. | 1:14-CR-00075 LJO<br><br>**ORDER ON DEFENDANT'S REQUEST FOR AN EVIDENTIARY HEARING** |

The Court has received the Defendant's motion to suppress, declaration and points & authorities, as well as the Government's opposition documents, followed by the Defendant's reply. In the reply was a request for an Evidentiary Hearing to take place on March 9, 2015 at 1:30 p.m.

The request is granted on a limited basis, understanding that this hearing is neither to be used as a discovery tool nor as a mini-trial. Any wandering about with questions that show that this part of the Order is being violated will result in the Court's concluding that prepared, legitimate questions have either already been asked, or don't exist. This will result

1

in counsel's being told that the questioning has concluded of that witness.

The Court requires an evidentiary hearing (to take place at the time of the currently set motion---any witness not in attendance is waived) so it can make the following determinations, and ultimately rule on the pending motion to suppress:

1. Ownership of the two classroom computers;

2. The extent of the FUSD computer policy as it related to the inspection, search, seizure, and analysis of any and all computers, regardless of ownership, hooked up to its network;

    a) whether, <u>if</u> ownership is established by the Defendant, a waiver (written and/or implied) had already occurred prior to any demand for the return of the two computers;

3. Whether the Defendant demanded the computers to be given to him, the basis for any such demand, when during the investigation such a demand was made, by whom and in what form; and

4. What information, if any, was obtained from the computers during any <u>search</u>, when, and whether it was used in any of the affidavits to obtain any search warrant.

The Court anticipates that the TOTAL length of time for the hearing will be two hours. This will require tight preparation by counsel, no fumbling to find documents, no silent delays, and no wasted questions. Any counsel that believes they need more time is required to advise the Court at least 3 court days before the hearing, include a list of witnesses, and an offer of proof as to each witness. The Court can then place appropriate

2

time limits on each witness. This will ensure full compliance with the two hour limit on the hearing.

IT IS SO ORDERED.

Dated:  **February 25, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3