**William A. Romaine #126966**
**Law Office of William A. Romaine**
206 West Lacey Boulevard #309
Hanford, California 93230

Telephone: 559 582 9360
Telecopier: 559 582 9350

war@lawromaine.com

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, | Case No.: 1:14-CR-00075 LJO BAM |
| Plaintiff, | EMERGENCY STIPULATION AND ORDER TEMPORARILY MODIFYING PRE-TRIAL TRAVEL RESTRICTION |
| vs. | |
| George Dugal, | |
| Defendant. | |

It appearing that George L. Dugal, Sr., the father of defendant George Dugal in the above-entitled matter has today unexpectedly passed away in Lafayette, Louisiana and recognizing on compassionate grounds the necessity for said defendant to travel to Lafayette, Louisiana to attend to the final arrangements for his father as well as to pay his own respects to his father, the parties hereto hereby stipulate that the travel restriction imposed by the court upon the defendant in the pretrial release order by request of the United States of America may be temporarily modified to permit the defendant to travel from the State of California to and from the State of Louisiana, passing through such other States as may be reasonably necessary to effect said travel between March 16, 2015 and March 23, 2015.

Law Office of
William A. Romaine
206 West Lacey Boulevard # 309
Hanford, California 93230

Defendant may be permitted to be physically absent from the State of California

during that time for the purpose of such travel.

It is so stipulated.

Dated: March 16, 2015

_____/s/_____
Susan Knight,
Special Assistant United States
Attorney, for the Eastern District
of California.

It is so stipulated.

Dated: March 16, 2015

_____/s/ _____
William A. Romaine, Attorney for
Defendant George Dugal.

///

///

///

Law Office of
William A. Romaine
206 West Lacey Boulevard # 309
Hanford, California 93230

**STIPULATION AND ORDER TEMPORARILY MODIFYING PRE TRIAL TRAVEL RESTRICTION - 2**

Law Office of
William A. Romaine
206 West Lacey Boulevard # 309
Hanford, California 93230

**ORDER**

Upon the stipulation of the parties as hereinbefore set forth and good cause appearing therefor, IT IS HEREBY ORDERED

That the Order Setting Conditions of Release entered in the above-entitled court on May 7, 2014 and modified in the above-entitled court by order filed on August 21, 2014 (Document # 13) be and hereby is again modified as follows:

Condition 7(v) is hereby modified to read:

The defendant shall obey travel restrictions to the State of California, except during the period commencing at 12:01 AM on March 16, 2015 and ending at 11:59 PM on March 23, 2015, the defendant shall be permitted to travel from the State of California to and from the State of Louisiana, passing through such other States as  may be reasonably necessary to effect said travel  between March 16, 2015 and March 23, 2015 and shall be permitted to be physically absent from the State of California during that period.   Defendant may be permitted to be physically absent from the State of California during that time for the purpose of such travel. Otherwise, the defendant shall obey travel restrictions to the State of California only as long as this pre-trial release order shall be in effect.


in substitution for:

The defendant shall obey travel restrictions to the State of California.

In all other respects, the remainder of Condition 7(v) and the remainder of the Orders Setting Conditions of Release shall remain in full force and effect.
IT IS SO ORDERED.

Dated:   **March 16, 2015**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE