MELINDA HAAG (CABN 132612)
United States Attorney
Northern District of California

MICHELLE J. KANE (CABN 210579)
Special Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA  94612

MATTHEW A. PARRELLA (NYBN 2040855)
SUSAN KNIGHT (CABN 209013)
Special Assistant United States Attorneys
  150 Almaden Boulevard, Suite 900
  San Jose, CA 95113
  Telephone: (408) 535-5061
  Fax:  (408) 535-5066

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14 CR 00075 LJO-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATE AND SCHEDULE CHANGE OF PLEA HEARING** |
| v. | |
| GEORGE DUGAL, | FRESNO VENUE |
| Defendant. | |

The undersigned parties have reached a plea agreement in the above-captioned matter, and will file an executed copy as soon as possible. Therefore, the parties' request that the trial scheduled to commence on April 7, 2015 be vacated and a change of plea hearing be scheduled on April 6, 2015 at 11:30 a.m.

SO STIPULATED:

DATED:  3/31/15                                Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney
                                                      Northern District of California

                                                      _/s/_____
                                                      MATTHEW A. PARRELLA
                                                      MICHELLE J. KANE

STIPULATION AND [PROPOSED] ORDER
1:14 CR 00075 LJO-BAM

SUSAN KNIGHT
Special Assistant United States Attorneys
Eastern District of California

DATED:  3/31/15                    ___/s/_____
WILLIAM A. ROMAINE
Attorney for Defendant GEORGE DUGAL

### **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the trial scheduled to commence on April 7, 2015 in *United States v. George Dugal* is vacated, and a change of plea hearing shall be scheduled for April 6, 2015 at 11:30 a.m.

IT IS SO ORDERED.

Dated:   **April 1, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE