**William A. Romaine #126966**

Law Office of William A. Romaine
123 West Myrtle Street, P.O. Box 2059
Hanford, California 93232

Telephone: 559 582 9360
Telecopier: 559 582 9350

war@lawromaine.com

Attorney for Defendant George Dugal

# United States District Court
# Eastern District of California

| | |
|---|---|
| United States of America, | Case Number: 1:14-cr-0075 LJO BAM |
| Plaintiff, | ORDER TO CLERK TO RETURN PASSPORT # 469892505 TO DEFENDANT |
| vs. | |
| George Dugal, | |
| Defendant. | |

Good cause appearing therefor, IT IS HEREBY ORDERED:

That the clerk of the above-entitled court forthwith return the passport of defendant George Dugal, #469892505.

IT IS SO ORDERED.

Dated:   __November 1, 2017__        _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES CHIEF DISTRICT JUDGE